1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 SANDRA ROCHA,                        )    No.  EDCV 12-0264 VBK
11                                      )
                                        )
12     Plaintiff,                       )    ORDER AWARDING EAJA FEES
                                        )
13     v.                               )
                                        )
14                                      )
   MICHAEL J. ASTRUE,                   )
15 Commissioner Of Social Security,     )
                                        )
16                                      )
       Defendant.                       )
17 _____)

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20 THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) subject to the
21 terms of the stipulation.
22     DATE:  January 8, 2013    _____/s/_____
23                               HON. VICTOR B. KENTON
24                               UNITED STATES MAGISTRATE JUDGE

-1-