LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
　　1420 E. Cooley Dr., Suite 100
　　Colton, California 92324
　　Telephone: (909) 796-4560
　　Facsimile:  (909) 796-3402
　　E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SANDRA ROCHA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>　　Defendant. | No.  EDCV 12-0264 VBK<br><br>ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) subject to the terms of the stipulation.

　　DATE:  January 8, 2013      _____/s/_____
　　　　　　　　　　　　　　　HON. VICTOR B. KENTON
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-